In The United States District Court For The Western District of Pennsylvania

Patricia A. Scott,
    Plaintiff,

vs

St. Moritz Security Services Inc,
    Defendant.

Civil Action No: 2:22-CV-1528

RECEIVED
OCT 2 8 2022
CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

(1). Patricia A. Scott resides at 1842 Washington Street, #304, Phone Number 412-980-4399, Heidelberg, Pennsylvania 15106.

(2). Saint Moritz Security Services Inc, Phone Number 412-885-8654, Corporate Office Address: 4600 Clairton Boulevard, Pittsburgh, PA 15236.

(3). Title 42 U.S. Code 12182 Public Accommodations Violations.

(4) Defendants (Name) St. Moritz Security Services, Inc is under the Laws of the State of Pennsylvania

and has its principal place of business in Pittsburgh.

(5). Violations of Title 42 U.S. Code 12182 of Public accommodations.

(6). Ever since, plaintiff has been confined to her mobilized wheelchair, she have limitations on her physical activities. One time, she made request for public accommodations but the security checkpoint guard became extremely hostile toward plaintiff and she threw the Security Checkpoint basket at her. She was not hurt nor was there any damages done to her wheelchair. Thereafter, she has been denied access to public accommodations because the Security Checkpoint counter top is too high and its very difficult for her to reach

from her wheelchair. Plaintiff contacted the downtown sheriffs department. A Sheriffs deputy enforced the law for the basket to be lowered but she quickly jerk it away.

Afterwards, she felt discomfort in her body. The Unruly security guards began retaliating against Plaintiff. She contacted the downtown sheriffs department against but this time She was informed that the sheriffs department didn't have any jurisdiction over St. Moritz Security Services Inc. He stated that plaintiff needed an attorney.

Disability Discrimination (i).

17. On August 15, 2022, She entered into the City County Building located at 414 Grant Street, Pittsburgh, PA 15219. Thereafter, when it was her

4

turn she immediately detect bias against a disabled visitor. The security checkpoint countertop is too high for her to place her personal belongings inside of the security basket. Plaintiff made several requests for the on duty security checkpoint guard to please lower the basket to accommodate her but intend of assisting a senior citizen who is handicapped the security guard made unreasonable demands for plaintiff to reach the basket by herself to put her own items inside of it. The checkpoint security guard was very disrespectful and lawless.

## Disability Discrimination (ii)

8. Once against, on September 13, 2022, plaintiff entered into the City County Building located at 414 Grant Street, Pittsburgh, PA 15219. After that time, she made a request for public accommodation. The on duty security guard declined to lowered the security check basket to help plaintiff place her personal belongings inside of the security checkpoint basket.

## Disability Discrimination (iii)

9. One more time, on October 3, 2022, plaintiff entered into the City County Building located at 414 Grant Street, Pittsburgh, PA 15219. The security checkpoint countertop is high, and with the basket placed on it plaintiff was physically unable to place her personal belongings inside of it.

6

She entreated the security check point guard to give her a helping hand but she refused to let down to her hand reach so she would've placed her personal belongings inside of the Security check basket.

10. These disabilities discriminations occurred when plaintiff was physical unable to reach the high Security check point basket to place her personal belongings inside of it. And, she wasn't permitted to use ADA customers Services lower Security basket for disabled person. ALSO, she was reprimanded and she was verbally attacked. Not only that, but she is a senior citizen who is handicapped. Likewise, she was also

deprived of using Public accommodations. Additionally, she treated differently from visitors that was standing and walking. Plus, she was repeatedly harassed. Furthermore, she was rebuked by the security check points guards. On top of that, Plaintiff was emotional and verbal abused.

Title 42 U.S. Code 12,182 - Prohibition of discrimination by Public accommodations

11. Pursuant to 42 U.S. Code 12182 (a), (B)
(a) General Rule, No individual shall be discriminated against on the basis of disability in the full and equal enjoyment of the goods, services, facilities, privileges, advantages, or accommodation by any person who owns, (leases for leases to), or operates a place of public accommodation.

8

Pursuant to 42 U.S. Code 12182 - Prohibition of discrimination by public accommodation.

(B). - Integrated Setting, Good, Services, facilities, privileges, advantages, and accommodation Shall be afforded to an individual with a disability in the most integrated setting appropriate to the needs of the individual.

## Disability Discrimination (i)

12. On August 15, 2022, plaintiff entered into the City County Building located at 414 Grant Street, Pittsburgh, PA 15219. Thereafter, when it was her turn she immediately detect bias against a disabled visitor. The Security check point counter top is high for her to place her personal belongings inside of the Security basket.

9

Plaintiff made several requests for the on duty security check point guard to please lower the basket to accommodate her but intead of assisting a senior citizen who is handicapped the Security guard made unreadable demands for plaintiff to reach the basket by herself to put her own items inside of it. The check point security guard was was very disrespectfull and lawless.

### Disability Discrimation (ii)

13. Once against, on September 13, 2022, plaintiff entered into the City County Building located at 414 Grant Street, Pittsburgh, PA 15219. After that time she made a request for public accommodation. The on duty security guard declined to lowered the security check basket to help plaintiff place her

10

personal belongings inside of the Security checkpoint basket.

### Disability Discrimination (iii)

14. One more time, on October 3, 2022, plaintiff entered into the City County Building located at 414 Grant Street, Pittsburgh, PA 15219. The Security checkpoint counter top to high and with the basket placed on it plaintiff was physically unable to place her personal belongings inside of it. She entreated the security checkpoint guard to give her a helping hand, but she refused to let it down to her hand reach so she would've placed her personal belongings inside of it. And she wasn't permitted to use ADA customers services lower security basket for a disabled person.

15. Also, she was reprimand and she was verbally attached. Not only that, but she is a senior citizen who is handicapped. Likewise, she was also deprived of using public accommodations. Additionally, she was treated differently from visitors that was standing and walking. Plus, she was repeatedly harassed. Furthermore, she was rebuked by the security checkpoint guards. On top of that, plaintiff was emotional and verbal abused.

## Age Discrimination

16. Plaintiff is a elderly person! She has a physical impairment. More than that, she was treated unfairly because of her age, which is another violation of Pennsylvania elderly abuse law. She was subject to an adverse age action; that substantially

younger persons was not yelled at nor were they harassed. Plaintiff believes she was sought out from which she was deprivation, of using public accommodations, that she was a qualified wheelchair bound customer to use the lower ADA security check point basket, to place her person al belongings inside of it which she was rejected.

Pursuant to U.S. Code 12182
<u>Prohibition of discrimination by public accommodations</u>

17.(a) General Rule
No individual shall be discriminated against on the basis of disability in the full and equal enjoyment of the good, service, facilities, privileges, advantages, or accommodation of any place of public accommodation by any person who owns, leases (or leases to), or operates a place of public

13

accommodation.
  (b). Construction
    (1). General Prohibition
      (A) Activities
        (i). Denial of participation
It shall be discriminatory to subject an individual or class of individuals on the bases of disability or disabilities of such individual or class, directly, or through contractual, licensing, or other arrangements with the opportunity to participate in or benefit from a good, service, facility, privilege, advantage, or accommodation that is not equal to that afforded to others individuals.
        (iii) Separate benefit.
It shall be discriminatory to provide an individual or class of individuals on the basis of a disability or disabilities

of such individual or class, directly, or through contractual, licensing, or other arrangement with a good, services, facility, privilege, advantage, or accommodation that is different or separate from that provided to other individual, unless such action is necessary to provide the individual or class of individuals with good service, facility, privilege, advantage, or accommodation or other opportunity that is as effective as that provided others.

Pray for Relief

Plaintiff seek relief for a lower alternate special design customers services ADA counter top to accommodate wheelchair users to be inside the city county building located at 414 Grant Street, Pittsburgh, PA 15219.

Plaintiff seek relief for the St. Moritz Security Services Inc., Security check point guards to restrains from there discriminatory perjudical treatments toward guest with physical impairments.

## Conclusion

Accordingly, for all of the forgoing reasons, plaintiff reverence request that this court grant her pray for relief and such others relief so that this Court deems to be appropriate in her civil complain.

Respectfully Submitted

Patricia A. Scott "Prose"
1842 Washington Street #304
Heidelberg, PA 15106
412-980-4399
Dated for October 14, 2022
By: Patricia A. Scott "prose"